IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE CO., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:09cv310-WHA |
| | ) (wo) |
| NORTH LAKE CONDO CLUB, LLC; PETRY CONSTRUCTION, INC.; DANIEL PETRY; JIM ESTES; JEFF GLEASON; JEFF KENNEDY; TIM MCNAIR; GARY PARISHER, & NORTH LAKE CONDO CLUB ASSOCIATION, INC., | ) |
| Defendants. | ) |

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of Evanston Insurance Co. and against the Defendants North Lake Condo Club, LLC; Petry Construction, Inc.; Daniel Petry; Jim Estes; Jeff Gleason; Jeff Kennedy; Tim McNair; and Gary Parisher.

Done this 20th November, 2009.

     /s/ W. Harold Albritton
     W. HAROLD ALBRITTON
     Senior United States District Judge